# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDERICO CASTRO-PENA,<br>   aka "Frederico Castro-Pena,"<br>   aka "Fredrico Castro-Pena,"<br>   aka "Jesus Sanchez Quintero,"<br><br>   Defendant. | Case No. 2:24-mj-00363-EJY<br><br>**[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on April 29, 2024 at the hour of 4:00 p.m., be vacated and continued to May 21, 2024 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 25th day of April, 2024.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

5